

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2021

No. 04-21-00287-CV

**IN THE INTEREST OF L.L.C.S., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01026
Honorable Susan D. Reed, Judge Presiding

# O R D E R

A review of the clerk's record has caused us to question our jurisdiction over this appeal. This is an appeal from a final order terminating appellant's parental rights. It is accelerated in nature. *See* TEX. FAM. CODE § 263.405(a) (providing that appeals from final orders in parental termination cases are accelerated and governed by the rules for accelerated appeals); TEX. R. APP. P. 28.1(a) (stating appeals are accelerated when required by statute). The trial court signed the final order terminating appellant's parental rights on June 3, 2021. Because this is an accelerated appeal, appellant's notice of appeal was due on or before June 23, 2021. *See* TEX. R. APP. P. 26.1 (stating in an accelerated appeal the notice of appeal must be filed within 20 days after the judgment or order is signed). A motion for extension of time to file the notice of appeal was due on July 8, 2021. *See* TEX. R. APP. P. 26.3 (providing an appellate court may extend the time to file a notice of appeal if, within 15 days after the deadline for filing the notice of appeal, the party files the notice of appeal and a motion in the appellate court).

Appellant did not file her notice of appeal until July 8, 2021. Although appellant filed her notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, to satisfy Rule 26.3, an appellant must provide a reasonable explanation for her failure to file her notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3.

We, therefore, ORDER appellant to file, **no later than August 13, 2021**, a response presenting a reasonable explanation for appellant's failure to file her notice of appeal in a timely manner. **If appellant fails to respond within the time provided, this appeal will be dismissed.**

_____

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2021.

Michael A. Cruz,
Clerk of Court